UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR06-205-RSM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | SUMMARY REPORT OF U.S. |
| KENDALL SEBASTIAN GEORGE, ) | MAGISTRATE JUDGE AS TO |
| ) | ALLEGED VIOLATIONS |
| Defendant. ) | OF SUPERVISED RELEASE |
| ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on June 29, 2011. The United States was represented by AUSA Andrew Friedman and the defendant by Kristine Costello. The proceedings were digitally recorded.

Defendant had been sentenced on or about July 13, 2007 by the Honorable Ricardo S. Martinez on a charge of Exporting Defense Articles without a License, and sentenced to 30 months custody, three years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in substance abuse treatment, abstain from alcohol, submit to search, pay a fine in the amount of $5,000, and provide access to his financial

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01   information by the probation officer upon request. (Dkt. 41.)

02       In an application dated March 22, 2011 (Dkt. 43, 44), U.S. Probation Officer Angela M.
03 McGlynn alleged the following violation of the conditions of supervised release:

04       1.    Committing the crime conspiracy to distribute controlled substances on or about
05 February 5, 2010 in violation of the standard condition prohibiting the defendant from
06 committing any new local, state, or federal crimes.

07       Defendant was advised in full as to the charge and as to his constitutional rights.

08       Defendant admitted the violation and waived any evidentiary hearing as to whether it
09 occurred. (Dkt. 52.)

10       I therefore recommend the Court find defendant violated his supervised release as
11 alleged in the violation, and that the Court conduct a hearing limited to the issue of disposition.
12 The next hearing will be set before Judge Martinez.

13       Pending a final determination by the Court, defendant has been released on supervision.

14       DATED this <u>29th</u> day of June , 2011.

15

16                                    Mary Alice Theiler
                                      United States Magistrate Judge

17

18 cc:    District Judge:          Honorable Ricardo S. Martinez
     AUSA:                    Andrew Friedman
19      Defendant's attorney:      Kristine Costello
     Probation officer:        Angela M. McGlynn

20

21

22